**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DAVINDER PAL SINGH,<br><br>Petitioner,<br><br>v.<br><br>FRED FIGUEROA, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-2038-J |

**ORDER**

Petitioner filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 challenging his detention with Immigration and Customs Enforcement. [Doc. No. 1]. While the case was proceeding, Petitioner was released on bond from immigration custody. [Doc. Nos. 14 & 16]. In light of Petitioner's release, the Court TERMINATES the referral to United States Magistrate Judge Chris M. Stephens [Doc. No. 3] and ORDERS Petitioner to show cause, no later than September 16, 2026, why this action should not be dismissed as moot. Petitioner is cautioned that failure to comply with this Order will result in dismissal of this matter without further notice.

IT IS SO ORDERED this 9th day of September, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE