**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DAVINDER PAL SINGH,<br><br>Petitioner,<br><br>v.<br><br>FRED FIGUEROA, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-2038-J |

**ORDER**

Petitioner filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 challenging his detention with Immigration and Customs Enforcement. [Doc. No. 1]. While the case was proceeding, Petitioner was released on bond from immigration custody. [Doc. Nos. 14 & 16]. In light of Petitioner's release, the Court ordered Petitioner to show cause, no later than September 16, 2026, why this action should not be dismissed as moot. The Court cautioned Petitioner that failure to comply would result in dismissal of this matter without further notice. [Doc. No. 17]. Petitioner's deadline has passed and he has not responded to the Court's show cause order or otherwise communicated with the Court. Accordingly, the Court FINDS the Petition MOOT and terminates the action.

IT IS SO ORDERED this 17th day of September, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE